IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMIAH YBARRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. CIV-20-414-F |
| | ) |
| FNU LNU, Warden, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 8, 2020, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, recommending that plaintiff's application to proceed in the district court without prepaying fees or costs be denied and that if plaintiff does not pay the $400.00 filing fee in full within 14 days of any order adopting the Report and Recommendation, plaintiff's civil action be dismissed without prejudice to refiling.

Any objection to Magistrate Judge Mitchell's Report and Recommendation was due by June 29, 2020.  Magistrate Judge Mitchell specifically advised plaintiff that failure to make timely objection to the Report and Recommendation waives his right to appellate review of the factual and legal issues therein addressed.

To date, plaintiff has not filed any objection to the Report and Recommendation and has not sought any extension of time to file one.  With no objection being filed, the court adopts the Report and Recommendation in its entirety.

2

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on June 8, 2020 (doc. no. 7) is **ADOPTED**. Plaintiff's Application for Leave to Proceed In Forma Pauperis, filed June 4, 2020 (doc. no. 5), is **DENIED**. Plaintiff is **DIRECTED** to pay the $400.00 filing fee within 14 days of the date of this order. Failure to timely pay the filing fee shall result in the dismissal of plaintiff's civil action without prejudice to refiling.

IT IS SO ORDERED this 13th day of July, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0414p001.docx